IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUFF CORPORATION,<br><br>           Plaintiff,<br><br>   v.<br><br>KANDYPENS, INC.,<br><br>           Defendant. | C.A. No. 20-976-UNA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission pro hac vice of Benjamin F. Sidbury, Eric P. Schroeder and Damon J. Whitaker of Bryan Cave Leighton Paisner LLP, to represent Plaintiff Puff Corporation in the above-captioned action.

Dated: July 27, 2020

Of Counsel:

Benjamin F. Sidbury
BRYAN CAVE LEIGHTON
  PAISNER LLP
301 South College Street
Suite 3900
Charlotte, NC 28202
(704) 749-8999
ben.sidbury@bclplaw.com

Eric P. Schroeder
Damon J. Whitaker
BRYAN CAVE LEIGHTON
  PAISNER LLP
1201 W. Peachtree Street NW, 14th Floor
Atlanta, GA 30309
(404) 572-6600
eric.schroeder@bclplaw.com
damon.whitaker@bclplaw.com

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

/s/ *Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff*
*Puff Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of

Benjamin F. Sidbury, Eric P. Schroeder and Damon J. Whitaker is GRANTED.

Date: _____, 2020

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  July 24, 2020

_____
Benjamin F. Sidbury
BRYAN CAVE LEIGHTON PAISNER LLP
301 South College Street
Suite 3900
Charlotte, NC 28202
Telephone: (704) 749-8939
Fax: (704) 749-8990
Email: ben.sidbury@bclplaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 27, 2020

Eric P. Schroeder
BRYAN CAVE LEIGHTON PAISNER LLP
1201 W. Peachtree Street NW
14th Floor
Atlanta, GA 30309
Telephone: (404) 572-6894
Fax: (404) 572-6999
Email: eric.schroeder@bclplaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the States of Georgia and Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 24, 2020

Damon J. Whitaker
BRYAN CAVE LEIGHTON PAISNER LLP
1201 W. Peachtree Street NW
14th Floor
Atlanta, GA 30309
Telephone: (404) 572-6913
Fax: (404) 572-6999
Email: damon.whitaker@bclplaw.com