# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

PUFF CORPORATION,

          Plaintiff

  v.

KANDYPENS, INC.

          Defendant

Case No. 1:20-cv-00976-CFC

## MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Sean J. O'Hara of Kercsmar & Feltus PLLC to represent Defendant KandyPens, Inc. in the above captioned matter. Pursuant to this Court's Revised Standing Order for District Court Fund effective September 1, 2016, I hereby certify that the annual fee for *pro hac vice* admission of $25.00 is being submitted in connection with this application.

Dated: 7/31/20

OF COUNSEL:

Sean J. O'Hara
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, AZ 85251
(480) 421-1001
(480) 421-1002
sjo@kflawaz.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Peter B. Ladig (#3513)
Stephen B. Brauerman (#4952)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Defendant KandyPens, Inc.*

        **IT IS SO ORDERED**, this ___ day of _____ 2020.

                                                _____
                                                The Honorable Colm F. Connolly
                                                United States District Judge