## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUFF CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>KANDYPENS, INC.,<br><br>        Defendant. | C.A. No. 20-976-CFC |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission pro hac vice of Daniel A. Crowe and Colin D. Dailey of Bryan Cave Leighton Paisner LLP to represent Plaintiff Puff Corporation in the above-captioned action.

Dated:  September 15, 2020

Of Counsel:

Eric P. Schroeder
Damon J. Whitaker
BRYAN CAVE LEIGHTON
   PAISNER LLP
1201 W. Peachtree Street NW, 14th Floor
Atlanta, GA 30309
(404) 572-6600
eric.schroeder@bclplaw.com
damon.whitaker@bclplaw.com

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP

/s/ *Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff*
*Puff Corporation*

Daniel A. Crowe
BRYAN CAVE LEIGHTON
  PAISNER LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2619
dacrowe@bclplaw.com

Colin D. Dailey
BRYAN CAVE LEIGHTON
  PAISNER LLP
301 South College Street
Suite 3900
Charlotte, NC 28202
(704) 749-8950

120 Broadway, Suite 300
Santa Monica, CA  90401-2386
(310) 576-2128
colin.dailey@bclplaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Daniel A. Crowe and Colin D. Dailey is GRANTED.

Date: _____, 2020

                                         _____
                                                     United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 14, 2020

Daniel A. Crowe
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 N. Broadway, Ste. 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2619
Fax: (314) 259-2020
Email: dan.crowe@bclplaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the States of California and North Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  September 14, 2020

                                                                 Colin D. Dailey
BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: (310) 576-2128
Fax: (310) 576-2200
Email: colin.dailey@bclplaw.com

602415968

# **CERTIFICATE OF SERVICE**

I, Robert M. Vrana, hereby certify that on September 15, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Peter B. Ladig, Esquire
> Stephen B. Brauerman, Esquire
> Bayard, P.A.
> 600 N. King Street, Suite 400
> Wilmington, DE 19801
> *pladig@bayardlaw.com*
> *sbrauerman@bayardlaw.com*
>
> *Attorneys for Defendant*

I further certify that on September 15, 2020, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following counsel:

> Sean J. O'Hara, Esquire
> Kercsmar & Feltus PLLC
> 7150 East Camelback Road, Suite 285
> Scottsdale, AZ 85251
> *sjo@kflawaz.com*
>
> *Attorney for Defendant*

| | |
|---|---|
| Dated: September 15, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Robert M. Vrana* |
| | Anne Shea Gaza (No. 4093) |
| | Robert M. Vrana (No. 5666) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | (302) 571-6600 |
| | *agaza@ycst.com* |
| | *rvrana@ycst.com* |
| | |
| | *Attorneys for Plaintiff* |