# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUFF CORPORATION, | |
| Plaintiff, | |
| v. | C.A. No. 20-976-CFC |
| KANDYPENS, INC., | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL**

PLEASE TAKE NOTICE that, pursuant to D. Del. LR 83.7, the appearance of Benjamin F. Sidbury as counsel for Plaintiff Puff Corporation in the above-captioned action is hereby withdrawn.[1]   Bryan Cave Leighton Paisner LLP and Young Conaway Stargatt & Taylor, LLP shall continue as counsel of record to Plaintiff Puff Corporation in the above-captioned action.

---

[1] Admitted August 3, 2020 (*see* D.I. 6).

1

Dated:  September 18, 2020

| | |
|---|---|
| *Of Counsel:* | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| BRYAN CAVE LEIGHTON   PAISNER LLP | */s/ Robert M. Vrana* |
| | Anne Shea Gaza (No. 4093) |
| | Robert M. Vrana (No. 5666) |
| Eric P. Schroeder | Rodney Square |
| Damon J. Whitaker | 1000 North King Street |
| 1201 W. Peachtree Street NW | Wilmington, Delaware 19801 |
| 14th Floor | (302) 571-6600 |
| Atlanta, GA 30309 | agaza@ycst.com |
| (404) 572-6600 | rvrana@ycst.com |
| eric.schroeder@bclplaw.com | |
| damon.whitaker@bclplaw.com | *Attorneys for Plaintiff* |
| | *Puff Corporation* |
| Daniel A. Crowe | |
| BRYAN CAVE LEIGHTON   PAISNER LLP | |
| One Metropolitan Square | |
| 211 North Broadway, Suite 3600 | |
| St. Louis, MO 63102 | |
| (314) 259-2619 | |
| dacrowe@bclplaw.com | |
| | |
| Colin D. Dailey | |
| BRYAN CAVE LEIGHTON   PAISNER LLP | |
| 301 South College Street | |
| Suite 3900 | |
| Charlotte, NC 28202 | |
| (704) 749-8950 | |
| | |
| 120 Broadway, Suite 300 | |
| Santa Monica, CA  90401-2386 | |
| (310) 576-2128 | |
| colin.dailey@bclplaw.com | |

# **CERTIFICATE OF SERVICE**

I, Robert M. Vrana, hereby certify that on September 18, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Peter B. Ladig, Esquire
>Stephen B. Brauerman, Esquire
>Bayard, P.A.
>600 N. King Street, Suite 400
>Wilmington, DE 19801
>*pladig@bayardlaw.com*
>*sbrauerman@bayardlaw.com*
>
>*Attorneys for Defendant*

I further certify that on September 18, 2020, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following counsel:

>Sean J. O'Hara, Esquire
>Kercsmar & Feltus PLLC
>7150 East Camelback Road, Suite 285
>Scottsdale, AZ 85251
>*sjo@kflawaz.com*
>
>*Attorney for Defendant*

| | |
|---|---|
| Dated:  September 18, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Robert M. Vrana* |
| | Anne Shea Gaza (No. 4093) |
| | Robert M. Vrana (No. 5666) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | (302) 571-6600 |
| | *agaza@ycst.com* |
| | *rvrana@ycst.com* |
| | |
| | *Attorneys for Plaintiff* |